# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**JEHIEL CLERVIUS,**

    **Plaintiff,**

**v.**    Case No. 3:22cv9386-TKW-HTC

**ASSISTANT WARDEN, et al.,**

    **Defendants.**

_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 9). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed based on Plaintiff's failure to prosecute and failure to comply with court orders. Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED without prejudice** due to Plaintiff's failure to prosecute and failure to comply with court orders.

3. The Clerk shall close the case file.

**DONE and ORDERED** this 26th day of September, 2022.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**